UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00224-FDW

| | |
|---|---|
| CHRISTINA LEE DEJOURNETTE, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the Consent Motion to Remand, (Doc. No. 12). For the reasons stated in the motion, it is GRANTED. The Court finds good cause has been alleged for remand and that further administrative fact-finding is warranted. Accordingly, the Court hereby remands the case under sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**IT IS SO ORDERED.**

Signed: December 7, 2023

Frank D. Whitney
United States District Judge